UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
WENDY GOFF,

                        Plaintiff,

                                                                                Civil Action No.
  v.                                                                            5:15-CV-01058 (MAD-TWD)

CAROLYN W. COLVIN,                                         CONSENT ORDER OF
Acting Commissioner of Social Security,            REMAND PURSUANT TO
                                                                             42 U.S.C § 405(g)

                        Defendant.
------------------------------------------------------------x

       IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that this case be remanded to the Commissioner for further proceedings, including a new hearing, should it be necessary (i.e., should the Appeals Council remand this case to an ALJ for further proceedings, the ALJ will offer the claimant an opportunity for a *de novo* hearing and a new decision), pursuant to the fourth sentence of 42 U.S.C. § 405(g).

       AND, the Court having reviewed the record in this matter;

       IT IS on this   2nd   day of December, 2015;

       SO ORDERED.

                                                               _____
                                                               Mae A. D'Agostino
                                                               U.S. District Judge

       The undersigned hereby consent to the form and entry of the within order.

                                                               RICHARD S. HARTUNIAN
                                                               United States Attorney

BY:     */s/ David L. Brown*
David L. Brown
Special Assistant United States Attorney
Attorney for Defendant
Bar Code No. 516419
c/o Social Security Administration
26 Federal Plaza, Room 3904
New York, New York 10278
(212) 264-2059
david.brown@ssa.gov

BY:     _____
Howard Olinsky, Esq.
Attorney for Plaintiff
Bar # 102297
300 South State Street, Suite 420
Syracuse, NY 13202
(301) 701-5780
holinsky@windisability.com